**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PERSONNEL STAFFING GROUP, LLC d/b/a MOST VALUABLE PERSONNEL and MVP WORKFORCE, LLC | )<br>)<br>)<br>)  Case No. 1:20-cv-3683<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

The parties, Plaintiff Equal Employment Opportunity Commission and Defendants Personnel Staffing Group, LLC d/b/a Most Valuable Personnel and MVP Workforce, LLC, have agreed to the terms of the attached Consent Decree as final resolution of the litigation between them and jointly request that this Honorable Court enter the Decree and sign the notice attached as Exhibit B to the Decree. The Defendants have read this motion and agree to its content.

    Respectfully submitted,

    /s/ Ann Henry
    Trial Attorney
    Equal Employment Opportunity
      Commission
    230 S. Dearborn Street, Suite 2920
    Chicago, IL 60604
    312-872-9659
    312-869-8124 (fax)
    ann.henry@eeoc.gov
    ARDC # 6272394